# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1519
LT Case Nos. 2024-10161-CJCI
2024-10120-CJCI

_____

N.B., A CHILD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Kathleen McNeilly, Judge.

Matthew J. Metz, Public Defender, and Jacqueline Brandt, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

November 18, 2025

PER CURIAM.

AFFIRMED.

WALLIS, SOUD and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____